2

Thomas A. Aceituno, Trustee
PO Box 189
Folsom, CA  95763
(916) 985-6486

**FILED**

08 MAR 14 PM 12: 53

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

NANCY JANE KLICH,

Debtor(s)

Case No. 07-23825-B

Chapter 7

BANKRUPTCY RULE 3010
REPORT OF TRUSTEE

Check No: 109
Amount: $0.35

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

The undersigned, Trustee of the above-entitled estate, having filed a Final Account herein, hereby reports that all checks due to creditors in excess of $5.00 have been included in the Trustee's Declaration of Administrative Expenses and Claims to be Paid.

The following claims have dividends that are less than $5.00 and, therefore the Trustee is remitting the total of all sums owing to said creditors to the United States Bankruptcy Court.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|----------------------------|--------------|-----------------|
|         | SEE ATTACHED LIST          |              |                 |
|         | *Total Dividends Under $5.00:* |          | $0.35           |

Dated:  03/03/08

THOMAS A. ACEITUNO, Bankruptcy Trustee

1

# DIVIDENDS REMITTED TO THE COURT
### Check Number 109 Dated 03/03/08
### Case Number 07-23825 - KLICH, NANCY JANE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Marshall Medical Center**<br>**1100 Marshall Way**<br>**Placerville CA 95667** | **000001** | **6.20** | **0.35** |
| ----------- Remittance Total --------------- | | **6.20** | **0.35** |

ACEITUNO, THOMAS, Trustee