Thomas A. Aceituno, Trustee
Bankruptcy Trustee
PO Box 189
Folsom, CA 95763
(916) 985-6486

FILED
MAY - 6 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# 1203560

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 07-23825-B-7 |
|---|---|
| NANCY JANE KLICH | Chapter 7 |
| Debtor(s) | TRUSTEE'S REPORT OF FINAL ACCOUNT AND REQUEST FOR CLOSING AND DISCHARGE OF TRUSTEE |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Report of Distribution, and declares as follows:

1. That all assets and funds, which have come under my control, have been properly accounted for as provided for by law, and all funds have been disbursed in accordance with the direction of the Court.

2. An itemized statement of the trustee's receipts and disbursements showing a zero balance of funds on hand is attached hereto as U.S.T. Form 2 (Estate Cash Receipts and Disbursements Record).

I certify under penalty of perjury that the foregoing is true and correct. Therefore, pursuant to F.R.B.P. 5009, I request that this report be accepted, that the Court order the case closed, that I be discharged as trustee, and that my bond be canceled.

Dated: April 16, 2008

Thomas A. Aceituno, Bankruptcy Trustee

---

REVIEW BY THE UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing Trustee's Report of Final Account and Request for Closing and Discharge of Trustee.

/s/Antonia Darling
Assistant United States Trustee

Email: antonia.darling@usdoj.gov
Phone: (916) 930-2100

Reviewed by: 2008.05.06 16:18:29 - 07'00'

Robert S. Gordon
Bankruptcy Analyst
Direct phone: (916) 930-2086
E-mail: Bob.S.Gordon@usdoj.gov

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-23825 -B  
Case Name: KLICH, NANCY JANE  

Taxpayer ID No: *******5733  
For Period Ending: 04/16/08  

Trustee Name: Thomas A. Aceituno  
Bank Name: Bank of America, N.A.  
Account Number / CD #: *******5689 Checking Account  

Blanket Bond (per case limit): $ 2,000,000.00  
Separate Bond (if applicable):  

Page: 1

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/13/07 | | Transfer from Acct #*******5650 | Transfer In From MMA Account | 9999-000 | 52,089.91 | | 52,089.91 |
| 12/13/07 | 000101 | Jerry Klich<br>3153 Lavista Ct<br>St. Ann, MO 63074 | Payment of one-half interest in promissory note. | 8500-000 | | 26,041.27 | 26,048.64 |
| * 12/13/07 | 000102 | Nancy Klich<br>2600 Knollwood Ct., #46<br>Cameron Park, CA 95682 | Debtor Exemption<br>Proceeds from liquidation of promissory note. | 8100-003 | | 16,000.00 | 10,048.64 |
| * 12/13/07 | 000102 | Nancy Klich<br>2600 Knollwood Ct., #46<br>Cameron Park, CA 95682 | Debtor Exemption<br>wrong amount | 8100-003 | | -16,000.00 | 26,048.64 |
| 12/13/07 | 000103 | Nancy Klich<br>2600 Knollwood Ct., #46<br>Cameron Park, CA 95682 | Debtor exemptions<br>Proceeds from liquidation of promissory notwe. | 8100-002 | | 16,020.00 | 10,028.64 |
| 01/07/08 | | Transfer of funds | Close-out Transfer to JPMorganChase | 9999-000 | | 10,028.64 | 0.00 |
| 02/29/08 | | Transfer from Acct #*******2266 | Bank Funds Transfer | 9999-000 | 10,028.64 | | 10,028.64 |
| 03/03/08 | 000104 | Thomas A. Aceituno<br>Law Off. of Thomas A. Aceituno<br>PO Box 189<br>Folsom, CA 95763-0189 | Chapter 7 Compensation/Fees | 2100-000 | | 5,048.74 | 4,979.90 |
| 03/03/08 | 000105 | Wells Fargo Bank NA<br>Wells Fargo Card Services<br>Recovery Department<br>PO Box 9210<br>Des Moines, IA 50306 | Claim 000002, Payment 5.58639% | 7100-000 | | 716.84 | 4,263.06 |
| 03/03/08 | 000106 | Pacific Gas Electric Company<br>P O Box 8329<br>Stockton CA 95208 | Claim 000003, Payment 5.58645% | 7100-000 | | 615.94 | 3,647.12 |
| 03/03/08 | 000107 | Chase Bank USA<br>c/o Weinstein and Riley PS<br>PO Box 3978 | Claim 000005, Payment 5.58643% | 7100-000 | | 3,347.16 | 299.96 |
| | | | | Page Subtotals | 62,118.55 | 61,818.59 | |

LFORM24            Ver: 12.63

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 07-23825 -B | | Trustee Name: | Thomas A. Accituno |
| --- | --- | --- | --- | --- |
| Case Name: | KLICH, NANCY JANE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5689 Checking Account |
| Taxpayer ID No: | *******5733 | | | |
| For Period Ending: | 04/16/08 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/08 | 000108 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 5.58631% | 7100-000 | | 299.61 | 0.35 |
| 03/03/08 | 000109 | US Bankruptcy Court<br>Eastern District of California<br>ATTN: Finance Dept.<br>501 I Street, Suite 3-500<br>Sacramento, CA 95814 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM #   CLAIM #   DIVIDEND<br>-------  --------  --------<br>  1      000001      0.35 | 7100-000 | | 0.35 | 0.00 |

```
                                    COLUMN TOTALS                    62,118.55          62,118.55
                                       Less: Bank Transfers/CD's     62,118.55          10,028.64
                                    Subtotal                              0.00          52,089.91
                                       Less: Payments to Debtors                        16,020.00
                                    Net                                   0.00          36,069.91

                                                                      NET              NET
                                                                    DEPOSITS       DISBURSEMENTS
                                    TOTAL - ALL ACCOUNTS               0.00          36,069.91                ACCOUNT BALANCE
                                    Checking Account - *******5689     0.00          36,069.91                    0.00
                                                                   (Excludes Account  (Excludes Payments
                                                                     Transfers)        To Debtors)             Total Funds
                                                                                                               On Hand
                                                                                                                   0.00

                                    Page Subtotals                     0.00             299.96
```

LFORM24                                                                                                                                    Ver: 12.63