

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM − 4:00 PM

FILED

5/7/08

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

mfrs

# NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND REQUEST FOR ENTRY OF FINAL DECREE, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO

Case Number:   07-23825 − B − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Nancy Jane Klich
xxx-xx-2487

2600 Knollwood Ct #49
Cameron Park, CA 95682

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

Noble Roman's Pizza

Deadline to file the Objections to the Trustee's Final Account:   6/5/08

**NOTICE IS HEREBY GIVEN THAT:**
The trustee in the above-referenced case has disbursed all estate funds and has certified complete administration of the estate by filing a final account and request for entry of final decree. The trustee's final account and request for entry of final decree is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**
Unless an objection to the trustee's final account and request for entry of final decree is filed by the U.S. Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered pursuant to Federal Rules of Bankruptcy Procedure 5009, and proceed to close the case. The objection shall state with particularity the grounds therefor, and shall be submitted for filing with a notice of hearing setting the matter for hearing on the following date, time and place.

**DATE & TIME:**   June 17, 2008 at 9:30 a.m.
**PLACE:**   U.S. Bankruptcy Court
Department B, Courtroom 33, 6th Floor
501 I Street
Sacramento, CA

Copies of the objection, notice of hearing, and supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days. If no objections are filed, no hearing will be calendared and the Court will, **without further notice,** enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
5/7/08

For the Court,
Richard G. Heltzel , Clerk

```
BAE SYSTEMS
Bankruptcy Noticing Center        CERTIFICATE  OF  SERVICE
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 0972-2        User: mfrs              Page 1 of 1              Date Rcvd: May 07, 2008
Case: 07-23825              Form ID: L90            Total Served: 30


The following entities were served by first class mail on May 09, 2008.
db           +Nancy Jane Klich,    2600 Knollwood Ct #49,    Cameron Park, CA 95682-8982
aty           Adam B. Arnold,    525 E Main St,    PO Box 12289,    El Cajon, CA   92022-2289
aty          +John R. Roberts,    2744 Coloma St,    Placerville, CA 95667-3405
tr           +Thomas A. Aceituno,    PO Box 189,    Folsom, CA 95763-0189
cr            Homecomings Financial, LLC,    c/o Adam B. Arnold,    525 E Main St,    PO Box 12289,
                El Cajon, CA   92022-2289
cr            Mortgage Electronic Registration Systems, Inc.,    c/o Adam B. Arnold,    525 E Main St,
                PO Box 12289,    El Cajon, CA   92022-2289
14952479     +AAA Propane,    5641 Davidson Road,    Placerville CA 95667-9704
14952480      AT T California,    Payment Center,    Sacramento CA 95887-0001
14952481     +Cbna,    1000 Technology Dr Ms5,    O Fallon MO 63368-2239
14952482     +Chase,    800 Brooksedge Blvd,    Westerville OH 43081-2822
15100048      Chase Bank USA,    c/o Weinstein and Riley PS,    PO Box 3978,    Seattle WA 98124-3978
14952483     +Granite Grado Ventures Project LLC,    c o Potter-Taylor Co,    1792 Tribute Road Suite 270,
                Sacramento CA 95815-4321
14952484     +Home Coming Funding Ne,    2711 N Haskell Ave Sw 1,    Dallas TX 75204-2911
14952485     +Hotel Laminates,    A division of Global Concepts Inc,    P O Box 2511,    Pasco WA 99302-2511
14952486     +Kidder Properties,    4068 Mother Lode 7,    Shingle Springs CA 95682-7216
14952487     +Marshall Medical Center,    1100 Marshall Way,    Placerville CA 95667-6599
14952489     +NavTec,    1774 Broadway,    Placerville CA 95667-6017
14952490     +Pacific Gas Electric Company,    P O Box 8329,    Stockton CA 95208-0329
14952491     +Professional Recovery Systems,    20 Great Oaks Blvd Suite 240,    San Jose CA 95119-1399
14952492      Rash Curtis Associates,    P O Box 1671,    Marysville CA 95901-0050
14952493     +Sears cbsd,    Po Box 6189,    Sioux Falls SD 57117-6189
14952494     +State Board of Equalization,    P O Box 942879,    Sacramento CA 94279
14952495     +Tree Tops Condominium Assoc,    290 Sherman Clabo Road,    Gatlinburg TN 37738-5066
15058805     +Tree Tops Resort Condominium Associations, Inc,    c/o Gregory C. Logue, Esq.,    PO Box 900,
                Knoxville, TN 37901-0900
14952496     +Unique Resorts,    Sandy Olsen,    3015 N Ocean Blvd,    Ft Lauderdale FL 33308-7335
14952488    ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Meridian Financial Services,    P O Box 1410,    Asherville NC 28802)
14952497     +Wells Fargo Bank,    Po Box 5445,    Portland OR 97228-5445
15029822     +Wells Fargo Bank NA,    Wells Fargo Card Services,    Recovery Department,    PO Box 9210,
                Des Moines, IA 50306-9210
14952498     +Wells Fargo Businessline,    P O Box 348750,    Sacramento CA 95834-8750

The following entities were served by electronic transmission on May 08, 2008.
15108791      E-mail/Text: resurgentbknotifications@resurgent.com                     LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Mortgage Electronic Registration Systems, Inc.
                                                                                       TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2008                        Signature: *[signed] Joseph Speetjens*